STATE of Missouri, Respondent,

v.

Keith Howard VAUGHN, Appellant.

Nos. WD 52053, WD 53929.

Missouri Court of Appeals,
Western District.

Feb. 3, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court March 31, 1998.

Application for Transfer Denied
May 26, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

### Order

PER CURIAM.

Keith Vaughn appeals from the circuit court's judgment of his convictions and sentences for forcible sodomy, § 556.060, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994, and the denial of his *pro se* and amended Rule 29.15 motions with an evidentiary hearing.

Affirmed. Rules 30.25(b) and 84.16(b).

■

Frederick TAYLOR, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53984.

Missouri Court of Appeals,
Western District.

Feb. 3, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 31, 1998.

Application for Transfer Denied
May 26, 1998.

Jeannie Arterburn Willibey, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Movant, without an evidentiary hearing, was denied on his Rule 24.035 motion based on counsel's failure to inform him of his eligibility for parole. Judgment affirmed. Rule 84.16(b).